UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LEAR AUTOMOTIVE DEARBORN, INC.,
et al.,

             Plaintiffs,            Case No.  04-73461

v.                         District Judge Paul D. Borman
                            Magistrate Judge R. Steven Whalen

JOHNSON CONTROLS, INC.,

             Defendants.
_____/


**ORDER**

      The Court having entered an order denying Defendants' motion to compel,

      IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike Motion to Compel

[Docket #54] is DENIED AS MOOT.


                                S/R. Steven Whalen_____
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE

Dated:  March 28, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on March 28, 2006.


                                s/Gina Wilson_____
                                 Judicial Assistant