UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAR AUTOMOTIVE DEARBORN,
INCORPORATED, et al,

      Plaintiff,

vs.

JOHNSON CONTROLS, INCORPORATED,
et al,

      Defendant.

Case No. 2:04-cv-73461-GER-RSW

Hon. Gerald E. Rosen

_____/

## JOINT AND STIPULATED MOTION FOR RELIEF FROM JUDGMENT AND NOTICE OF WITHDRAWAL OF MOTIONS

The parties submit this Joint and Stipulated Motion for Relief From Judgment and Notice of Withdrawal of Motions and state the following in support:

1. Judgment in this matter was entered on February 25, 2011.

2. On March 15, 2011, this Court entered the parties' Agreed Order to Dismiss Remaining Counterclaims To Make Judgment Final and Appealable.

3. Plaintiffs agree that Defendants have satisfied the Judgment entered in this matter.

4. Pursuant to Fed. R. Civ. P. 60(b)(5), this Court may relieve Defendants from a final judgment where "the judgment has been satisfied."

The Judgment in the above-entitled case having been satisfied, or otherwise settled through compromise, the parties therefore move this Court pursuant to Federal Rule of Civil Procedure 60(b)(5) to:

(a) withdraw the parties' pending post-judgment and injunction motions, and

(b) satisfy and cancel said Judgement of record.

The parties further provided notice that they have withdrawn all of their respective pending motions in this action.

Respectfully submitted,

| /s/ Robert P. Greenspoon<br>Robert P. Greenspoon<br>FLACHSBART & GREENSPOON, LLC<br>333 North Michigan Avenue, 27th Floor<br>Chicago, IL 60601<br>(312) 551-9500<br>rpg@fg-law.com<br><br>Attorneys for Lear Automotive Dearborn, Inc. and Lear Corporation | /s/ J. Michael Huget<br>J. Michael Huget (P39150)<br>Honigman Miller Schwartz and Cohn LLP<br>130 S. First Street, Fourth Floor<br>Ann Arbor, Michigan 48104-1386<br>734-418-4254<br>mhuget@honigman.com<br><br>Attorneys for Johnson Controls, Inc. and Johnson Controls Interiors LLC |

Dated: April 27, 2011

## Certificate of Service

I, J. Michael Huget, hereby certify that the foregoing was filed via the Court's ECF system, which served a copy of same on counsel of record.

By: /s/ J. Michael Huget
J. Michael Huget